FILED
June 17, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                         )        Case No. 2:10-mj-175 KJM
           Plaintiff, )
v.                         )        ORDER FOR RELEASE
                         )        OF PERSON IN CUSTODY
TAY SAN, )
                         )
           Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Tay San</u>; Case   <u>2:10-mj-175 KJM</u>   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        __      Release on Personal Recognizance

        __      Bail Posted in the Sum of _____

        __      Unsecured bond in the amount of $150,000, co-signed by Phuong San, Doug San and Muey Saelee

        __      Appearance Bond with 10% Deposit

        __      Appearance Bond secured by Real Property

        __      Corporate Surety Bail Bond

        _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/17/2010</u> at   2:35 p.m.

By   /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge