BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:10-MJ-0175 KJM |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S AMENDED MOTION |
| v. | ) | TO DISMISS AND ORDER |
| | ) | |
| TAY SAN, | ) | |
| | ) | Date: July 8, 2010 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Hon. Edmund F. Brennan |

Plaintiff United States of America hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charges in the criminal complaint against defendant Tay San.  This morning an indictment was returned in this case that did not include charges against this defendant.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 8, 2010            /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

The government's motion to dismiss without prejudice the charges in the Criminal Complaint against defendant Tay San is granted.

**IT IS SO ORDERED.**

Date: July 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE