1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   TAY SAN

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-mj-175-KJM-2 |
| | ) | |
| Plaintiff, | ) | ORDER EXONERATING BOND AS TO |
| | ) | DEFENDANT TAY SAN |
| v. | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| TAY SAN (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On July 8, 2010, this Court granted the government's motion to dismiss without prejudice as to defendant Tay San. Pursuant to the order granting dismissal without prejudice as to defendant Tay San, with good cause appearing therefor,

**THE COURT ORDERS** the $150,000 unsecured appearance bond posted as to Tay San exonerated.

Dated: July 9, 2010

                               /s/ Edmund F. Brennan
                               EDMUND F. BRENNAN
                               United States Magistrate Judge

ORDER                              1                          10-mj-175-KJM-2